JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILES, INC., </br></br> Plaintiff(s), </br></br> v. </br></br> MODA XPRESS, INC., et al., </br></br> Defendant(s). | Case No. CV 14-06966-RGK (FFMx) </br></br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On March 12, 2015, an Order to Show Cause re Dismissal for Lack of Prosecution was issued, requiring a response on or before March 24, 2015.

No response to the Order to Show Cause has been filed, therefore, the matter is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 3/26/15

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE